# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

**v.**     **4:09CR00039-02-BRW**

**LAMARSHA DENISE HOUSE**

## ORDER

The Prosecution's Motion for Dismissal of Indictment (Doc. No. 30) is GRANTED. The Indictment is dismissed as to Defendant LaMarsha House only.

IT IS SO ORDERED this 6th day of July, 2011.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE